UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

SENTENCING MINUTES

DATE: 9/5/18
CASE NO.: 17CR212
UNITED STATES v. Moin Gohil
United States By: Zachary Corey
Probation Officer: Maria Mahmoudi
Interpreter: _____ ☐ Sworn

Dep. Clerk: J. Dreckmann
Ct. Reptr.: John S.
Time Called: 11:03 am
Time Concluded: 11:19 am

Deft. Moin Gohil in person, and by Attorney John Campion

Custody of Bureau of Prisons
___ months on Count(s) ___
___ months on Count(s) 1+2 Time Served
to run ~~concurrently/consecutively~~ two
for ~~a total of~~ ___ months
Court's recommendation to Bureau of Prisons: _____

Supervised Release/Probation
___ year(s) on Count(s) ___
___ year(s) on Count(s) ___

CONDITIONS OF SUPERVISION:

COUNT(S) DISMISSED on motion of Government: Other Counts

FINE: $_____ on Count(s) _____.
   Terms:
   ☐ Fine waived or reduced due to defendant's inability to pay.
   ☐ Interest on fine waived.
RESTITUTION: $ 388,633.08 Payee: _____
   Terms: $25/month
   ☒ Interest on restitution waived.
SPECIAL ASSESSMENT: $ 200 .
   ☒ To be paid immediately.
   ☐ Other:
FORFEITURE:

CUSTODY STATUS:
   ☒ Defendant remanded to custody of U.S. Marshal.
   ☐ Execution of sentence stayed until _____
   ☐ Voluntary surrender to institution.
☒ Defendant advised of right to appeal.

OTHER:

Case 2:17-cr-00212-LA   Filed 09/05/18   Page 1 of 2   Document 70

STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

Total Offense Level: 20
Criminal History Category: 1
Imprisonment Range: 33 to 41 months
Supervised Release Range: 1 to 3 years
Fine Range: $15,000 to $150,000

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).